# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-20238
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 14, 2026

Lyle W. Cayce
Clerk

Thomas Moccia,

*Plaintiff—Appellant*,

*versus*

Cynthia Benn Moccia, *also known as* Cynthia Benn; Bank of America, *N.A.*; Unknown Bank of America, *N.A. Manager*; Codi S. Welch, *Bank of America, N.A. Notary*,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-1065

———————————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Thomas Moccia appeals the district court's grant of motions to dismiss his case. We are unable to review any of Moccia's contentions on appeal because he has not provided a transcript of the hearing where the district court granted the motions and articulated the grounds for dismissal.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20238

*See Richardson v. Henry*, 902 F.2d 414, 416 (5th Cir. 1990); *Coats v. Pierre*, 890 F.2d 728, 731 (5th Cir. 1989).  Accordingly, the appeal is DISMISSED.